

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00236-CR

PAUL ANTWANN HARLAN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court 4 of Dallas County
Dallas County, Texas
Trial Court No. F13-56882-K

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the court reporter's record in this case indicates that volume seven of that record contains "sensitive data" as that phrase is defined in Rule 9.9 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9(a). Sensitive data includes "a driver's license number, passport number, [and] social security number," as well as "a bank account number, credit card number, or other financial account number." TEX. R. APP. P. 9.9(a)(1), (2). Volume seven of the court reporter's record contains a social security number and credit card numbers. Rule 9.9(b) states, "Unless the inclusion of sensitive data is specifically required by a statute, court rule, or administrative regulation, an electronic or paper document containing sensitive data may not be filed with a court unless the sensitive data is redacted." TEX. R. APP. P. 9.9(b).

Therefore, because volume seven of the court reporter's record fails to protect sensitive data, we order the Clerk of this Court, or her appointee, pursuant to the inherent power of this Court, to seal the electronically filed seventh volume of the court reporter's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: July 15, 2015